# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| OPTICAL MEMORY STORAGE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CMC MAGNETICS CORP., HOTAN CORP., FUJIFILM HOLDINGS CORP., FUJIFILM HOLDINGS AMERICA CORP., FUJIFILM U.S.A. INC., FUJIFILM RECORDING MEDIA U.S.A., INC., HEWLETT-PACKARD CO., IMATION CORP., MOSER BAER INDIA LIMITED, MOSER BAER TECHNOLOGIES, INC., RITEK CORP., ADVANCED MEDIA, INC., ROYAL PHILIPS ELECTRONICS N.W., and PHILIPS ELECTRONICS NORTH AMERICA CORP.,<br><br>        Defendants. | Civil Action No. 6:10-cv-586<br>Hon. Leonard E. Davis |

## ORDER REGARDING THE PARTIES' STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF MICHIGAN

Having considered the parties' stipulation to transfer, Docket No. 82, the Court hereby ORDERS Civil Action No. 6:10-cv-586 be transferred to the Eastern District of Michigan, Detroit Division.

Defendants' Motion to Transfer (Docket No. 70), is DENIED as MOOT.

**So ORDERED and SIGNED this 24th day of May, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

1